# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KHALIL SHEED MILTON                                                              PLAINTIFF

V.                                  4:15CV00158 SWW/JTR

RODNEY WRIGHT, Sheriff,
Saline County Detention Center                                                   DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.   Plaintiff may PROCEED with his due process claim against Defendant Wright and all other claims are DISMISSED, WITHOUT PREJUDICE.

2.   The Clerk is directed to prepare a summons for Defendant Rodney Wright, and the U.S. Marshal is directed to serve the summons, Complaint, and this Order on him without prepayment of fees and costs or security therefor.

3.      It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 11th day of May 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE